*Thursday, December 31, 1992*

## MOTION DOCKET

**92–2637.** MetroHealth Med. Ctr. v. Kaiser Found. Hosp. This cause originated in this court on the filing of an application for emergency relief pending resolution of expedited appeal and was considered in a manner prescribed by law. Upon consideration thereof,

*Wednesday, January 6, 1993*

## MERIT DOCKET

**92–2637.** MetroHealth Med. Ctr. v. Kaiser Found. Hosp. On motion to vacate. The motion to vacate the granting of emergency relief and stay dated December 31, 1992 (65 Ohio St.3d 1485,

604 N.E.2d 1364) is granted and this cause is dismissed.

A.W. SWEENEY, Acting C.J., DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

RESNICK, J., dissents.

MOYER, C.J., not participating.